United States District Court
Southern District of Texas
FILED

APR 2 2 2005

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

APR 2 2 2005

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. L-05-CR-339 |
| | § | |
| Eleuterio Aradillas-Avila | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on April 12, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 22st day of April, 2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE